UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: RICHARD JOHN NAGLESTAD and  )          Case No.: 98-32803
      CAROLYN SUE NAGLESTAD,        )
               Debtors        )                    Chapter 7
_____ )

**APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. § 347 AND 28 U.S.C. § 2041, ET SEQ.**

    Comes the Claimant, Bank of America, N.A., successor to PNC Bank, ("Claimant"), and clamant in the above captioned caes, by counsel, and states as follows.

    1.  Claimant was a creditor of the Debtors and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the approximate amount of $8192.24. The Claimant was not located and the Claimant's funds were paid into the court pursuant to 11 U.S.C. § 347.

    2.  Pursuant to 11 U.S. C § 347 and 28 U.S.C chap. 129, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

    WHEREFORE, Claimant respectfully requests that the Court:

    a.  Order payment of all funds held by the Court herein; and

    b.  all other relief, legal and equitable to which the Claimant may hereafter appear entitled.

                   Respectfully submitted,

                       Bank of America, N.A., successor to
                       PNC Bank

BY:/s/ Karen L. Stewart
                              Karen L. Stewart, Counsel for
                                    Bank of America, N.A. successor to
                                    PNC Bank/Greg Griffith
                              1167 East Broadway, Suite 300
                              Louisville, Kentucky  40204
                              (502) 589-2986

                         Certificate of Service

        I certify that a true copy of the foregoing was mailed,
first class postage prepaid, to Civil Process Clerk, U.S.
Attorney's Office, 510 West Broadway, 10th Floor, Louisville,
Kentucky  40202, to U.S. Trustee, 512 U.S. Courthouse, 601 West
Broadway, Louisville, Kentucky  40202, to J. Baxter Schilling
1513 South Fourth Street, Louisville, Kentucky  40208 and to
Richard John Naglestad and Carolyn Sue Naglestad, 4340 Lynnview
Drive, Louisville, Kentucky  40216 on this the ____  day of
February, 2006.

                         _____
                         Karen L. Stewart

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: RICHARD JOHN NAGLESTAD and  )          Case No.: 98-32803
      CAROLYN SUE NAGLESTAD,       )
                   Debtors        )                Chapter 7
                                        )

## ORDER DIRECTING PAYMENT OF FUNDS
## TO CREDITOR

On application of Bank of America, successor to PNC Bank (the "Claimant") in the captioned case for an order directing payment of funds held in the Registry of this Court, the Court having found that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041, _et seq._, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that all funds held in the Registry of the Court or paid in pursuant to 11 U.S.C §347 for the benefit of the Claimant (in the approximate amount of $8192.24) be paid in care of the party whose name appears on the Limited Power of Attorney (Greg Griffith, One South Broadway, Suite 301, Edmond, OK 73034) attached to the application.


                                _____

                                U.S. Bankruptcy Judge

                                _____

                                Date

Tendered by:

Karen L. Stewart, Attorney
1167 East Broadway, Suite 300
Louisville, Kentucky  40204
(502) 589-2986