# LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I,

**Kathleen Haley, Assistant Vice President of Bank of America Corporation ("Bank of America"),** acting on behalf of Bank of America hereby appoint **Greg Griffith of American Property Locators, Inc.,** in the person of one of its principal officers, as Bank of America's lawful attorney-in-fact to seek recovery of the undistributed, unclaimed, or undelivered tenders of funds of:

**PNC Bank in the amount of $8,192.24**

held by the United States, by a state, or by an agency or instrumentality of either, hereby revoking all previous powers of attorney in this regard to whomever granted.

Bank of America further grants the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, as fully as it might or could do if acting through its own officers or agents, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on behalf of Bank of America, other than an expenditure payable from any sums recovered by virtue of the attorney's actions.

In construing this instrument where the context so requires, the singular includes the plural. This Power of Attorney shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds, if earlier, unless otherwise extended by an amendment which is attached hereto.

Signed this __3__ day of __February__, 200_6_.

**Bank of America Corporation**

_K Haley_
**Kathleen Haley**
**Assistant Vice President**

**PNC Bank**                                    Federal Taxpayer ID __94-1687665__


State of __North Carolina__ County of __Mecklenburg__ Date: __Feb 3__, 200_6_.
The above-named __Kathleen Haley__, known to me to be the individual described in [and holding the position designated in] the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

Before me: _Brenda Blecher_
Notary Public

(Notary Seal)                     My commission expires: My Commission Expires 08-03-2009



# Bank of America

KATHLEEN HALEY
AVP, Recovery Officer
Finance Operations
Recoveries

Tel: 704.386.6592 · Fax: 704.388.1328
kathleen.e.haley@bankofamerica.com

Bank of America, NC1-021-06-08
401 North Tryon Street, Charlotte, NC 28255



# National Information Center
## Financial Data and Institution Characteristics Collected by the Federal Reserve System

### MBNA AMERICA BANK, NATIONAL ASSOCIATION
1100 NORTH KING STREET
WILMINGTON, DE, UNITED STATES 19801

Institution Type: National Bank
Primary Federal Regulator: OCC
RSSD ID: 1830035
Routing Transit Number (RTN): 031100160
Activity: COMMERCIAL BANKING
Parent (Top Holder): BANK OF AMERICA CORPORATION

Insurance: FDIC/BIF
FDIC Certificate #: 33318

### Institution Structure Information

Organization Hierarchy
Institutions Bought By MBNA AMERICA BANK, NATIONAL ASSOCIATION
Institution History
Branch Locator

### Financial Data

This site does not provide financial data for this institution. Please visit the FDIC's site for financial data.

NIC Home | FAQ | Help | Contact Us