

December 24, 1998

# COMPANY NEWS; MBNA IS BUYING PNC BANK'S CREDIT CARD OPERATIONS

The MBNA Corporation, the nation's third-largest credit card lender, said yesterday that it would buy the credit card operations of the PNC Bank Corporation, which is exiting the business. MBNA will pay $443 million, a 15 percent premium, for PNC's $2.9 billion in credit card receivables. MBNA declined to put a price on the other part of the sale. The deal includes PNC's American Automobile Association affinity-branded credit cards. MBNA signed a long-term agreement to market the cards for PNC Bank and the American Automobile Association. PNC Bank will continue to market consumer loan and deposit products to American Automobile Association members through PNC Bank.

- Copyright 2006 The New York Times Company
- Home
- Privacy Policy
- Search
- Corrections
- XML
- Help
- Contact Us
- Work for Us
- Back to Top