

**Press Releases**



### MBNA Completes Acquisition of PNC Credit Card Business

```
    WILMINGTON, Del., March 29 /PRNewswire/ -- MBNA America Bank, N.A.
announced today that it has completed the previously announced acquisition of
the credit card business of PNC Bank Corp. (NYSE: PNC), including PNC National
Bank.
    The acquisition, announced in December 1998, will be included in financial
statements for the first quarter of 1999.  As with all acquisitions, the
$2.7 billion credit card portfolio will be managed from existing MBNA
locations.
    MBNA Corporation (NYSE: KRB), a bank holding company and parent of MBNA
America Bank, N.A., a national bank, had $59.6 billion in managed loans at
year-end 1998.  MBNA, the largest independent credit card lender in the world,
also provides retail deposit, consumer loan, and insurance products.


SOURCE  MBNA Corporation
```

© 2005 MBNA Corporation                                             Privacy  |  Terms of Use

Can't open file at /www/cgi-bin/micro_stories.pl line 340.